DOCKET NO. 935

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE OSBORNE PRECIOUS METALS COMPANY PRECIOUS METALS INVESTMENTS SECURITIES LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN,* MILTON POLLACK, LOUIS H. POLLAK, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

*Dorothy Svets, et al. v. Osborne Precious Metals Co., Inc., et al.,*
   N.D. California, C.A. No. 3:92-0357
*Gilbert V. Lynd v. Osborne Precious Metals Co., etc., et al.,*
   C.D. California, C.A. No. 2:92-1752

## ORDER DEEMING MOTION MOOT

This matter is before the Panel on motion of plaintiff in the Central California action to transfer, pursuant to 28 U.S.C. §1407, the action pending in the Northern District of California to the Central District of California for coordinated or consolidated pretrial proceedings with the action pending there. Several defendants agree that centralization is appropriate, but prefer transfer for all purposes under 28 U.S.C. §1404(a).

In light of the Panel's order in *In re Precious Metals Securities Litigation*, MDL-941 (J.P.M.L. 1992) which centralizes the two actions in MDL-935 along with several other related actions in the Central District of California, we find that this Section 1407 action is now moot.

IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED MOOT.

FOR THE PANEL:

John F. Nangle
Chairman

---

* Judge Dillin took no part in the decision of this matter.